UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 11 B 5656 |
| America's Brewing Company, et al., | ) | |
| | ) | Honorable Bruce W. Black |
| Debtors. | ) | |
| | ) | |

**Findings of Fact and Conclusions of Law in Support of Order Awarding to Bauch & Michaels, LLC, Attorneys for Debtors in Possession, Allowance and Payment of Interim Compensation and Reimbursement of Expenses.**

Total Fees Requested: $90,000.50         Total Costs Requested: $2,711.69
Fees Disallowed: $586.50                 Costs Disallowed: None
Total Fees Allowed: $89,414.00           Total Costs Allowed: $2,711.69

Total Fees and Costs Allowed: $92,125.69.

THE COURT HAS IDENTIFIED THE NOTED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART

**(1)   Lumping**
The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

1/28/2011      P. Bauch          1.5 hrs                    $60.00
Intake meeting with Scott and Chris Goluba re: background and strategies on sale, prepare documents for inputting, research on Judge Barbosa and strategies (1.50).

**(2)   Improper Allocation of Professional Resources**
The Court denies the allowance in part of compensation for the following task because a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been

performed by less costly non-legal employees should command a lesser rate."; *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner):

4/25/2011    C. Sales              .1 hr         $19.50
Filed bid report (.10).

5/2/2011     C. Sales              .1 hr         $19.50
Filed certificate of service of sale procedures order (.10).

5/25/2011    C. Sales              .1 hr         $19.50
Filed proposed sale order (.10).

5/31/2011    C. Sales              .1 hr         $19.50
Filed emergency motion to approve sale order (.10).

2/14/2011    C. Sales              .5 hr         $97.50
Filed voluntary petitions and related documents (.50).

2/16/2011    C. Sales              .1 hr         $19.50
Filed motion for joint administration (.10).

2/17/2011    C. Sales              .1 hr         $19.50
Filed motion to pay prepetition employee obligations (.10).

2/28/2011    C. Sales              .2 hr         $39.00
Filed schedules and statements of financial affairs (.20).

3/21/2011    C. Sales              .3 hr         $58.50
Filed amended schedules and disclosure of compensation (.20); filed February operating reports (.10).

4/21/2011    C. Sales              .1 hr         $19.50
Filed March operating report (.10).

5/3/2011     C. Sales              .1 hr         $19.50
Filed first quarter U.S. Trustee report (.10).

5/23/2011    C. Sales              .1 hr         $19.50
Filed April operating report (.10).

6/21/2011    C. Sales              .1 hr         $19.50
Filed May operating report (.10).

6/29/2011    C. Sales              .1 hr         $19.50

Filed motion for administrative claim bar date (.10).

7/25/2011     C. Sales              .2 hr          $39.00
Filed June operating report (.20).

7/28/2011     C. Sales              .2 hr          $39.00
Filed amended June operating reports (.20).

2/18/2011     C. Sales              .1 hr          $19.50
Filed cash collateral motion (.10).

2/16/2011     C. Sales              .1 hr          $19.50
Filed application to employ Bauch & Michaels (.10).


    Bauch & Michaels, LLC is hereby awarded an allowance of interim compensation and expenses as set forth above.


Dated: August 24, 2011                    Entered:


                                          /s/ Bruce W. Black
                                          Bruce W. Black
                                          United States Bankruptcy Court